1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA

8    Damon Joseph Calandra,                )    No.  CV-24-08142-PCT-SPL
                                           )
9                      Petitioner,         )
                                           )    **ORDER**
10   vs.                                   )
                                           )
11                                         )
     Ryan Thornell, et al.,                )
12                                         )
                                           )
13                     Respondents.        )
                                           )
14   _____  )

15          The Court has before it, Petitioner's Petition for Writ of Habeas Corpus pursuant to

16   28 U.S.C. § 2254 (Doc. 1), the Answer from the Respondents (Doc. 14), and a Reply from

17   the Petitioner (Doc. 18). Additionally, the Court has also considered the Report and

18   Recommendation ("R&R") from the Magistrate Judge (Doc. 20), Petitioner's Objections

19   (Doc. 21), and Respondents' Response (Doc. 22).

20          A district judge "may accept, reject, or modify, in whole or in part, the findings or

21   recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a

22   timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R

23   that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires

24   specific written objections to the findings and recommendations in the R&R. *See United*

25   *States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1).  It

26   follows that the Court need not conduct any review of portions to which no specific

27   objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474

28   U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial

economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations have also been thoroughly considered.

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the magistrate judge.  The R&R will be adopted in full. Accordingly,

**IT IS ORDERED**:

1.     That the Magistrate Judge's Report and Recommendation (Doc. 20) is **accepted** and **adopted** by the Court;

2.     That the Petitioner's Objections (Doc. 21) are **overruled**;

3.     That Grounds One, Two, and Four of the Petition for Writ of Habeas Corpus (Doc. 1) are **denied,** and Grounds Three, Five, and Six are **dismissed** as procedurally defaulted;

4.     That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

5.     That the Clerk of Court shall enter judgment according and terminate this action.

Dated this 25th day of April, 2025.

Honorable Steven P. Logan
United States District Judge

2